IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERGEANT DANIELLE ALSTON,<br>     Plaintiff, | : | |
| v. | : | CIVIL ACTION<br>NO. 18-2362 |
| CITY OF PHILADELPHIA, d/b/a/<br>PHILADEPHIA POLICE DEPT.; and<br>LIEUTENANT BRIAN DOUGHERTY,<br>*Individually and in His Official Capacity as*<br>*Lieutenant for the Philadelphia Police*<br>*Department*<br>     Defendants. | :<br><br>: | |

**ORDER**

AND NOW this 14th day of May 2019, it is hereby ORDERED as follows:

(1)  Fact discovery shall be completed **on or before September 11, 2019**;

(2)  The parties shall contact Magistrate Judge Lynne A. Sitarski to schedule a settlement conference to be held **after September 11, 2019 but no later than October 28, 2019**; and,

(3)  On or before **November 12, 2019**, the parties shall provide this Court with a jointly-prepared written status report.[1]

BY THE COURT:

/s/  C. Darnell Jones, II

---

[1] Said report shall inform the court as to the extent to which expert discovery may be necessary, as well as whether the parties would be amenable to continuing their settlement efforts with Judge Sitarski or participating in the Court-Annexed Mediation Program at no cost to either side.  A list of approved mediators participating in the Program may be found at: http://www.paed.uscourts.gov/documents2/mediation.