# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIELLE ALSTON**, *Plaintiff,* v. **LT. BRIAN DOUGHERTY,** *Defendant.* | Case No. 2:18-cv-02362-JDW |

## ORDER

AND NOW, this 31st day of August, 2020, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Plaintiff's Motion to Incorporate After-Discovered Evidence Into Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (ECF No. 39) is **GRANTED**; and

2. The Motion for Summary Judgment on Behalf of Defendant Lt. Brian Dougherty (ECF No. 34) is **GRANTED**.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.